1 JOSEPH P. RUSSONIELLO
United States Attorney
2 LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
3 Social Security Administration
DONNA WADE ANDERSON, SBN PA 46355
4 Special Assistant United States Attorney

5    333 Market Street, Suite 1500
   San Francisco, California 94105
6    TEL: (415) 977-8943
   FAX: (415) 744-0134
7    EMAIL: Donna.W.Anderson@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LINDA BURNS, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL NO. C-98-4410 CAL |
| v. | ) | STIPULATION TO REOPEN |
| MICHAEL J. ASTRUE,[1]/ | ) | AND [~~PROPOSED~~] ORDER |
| Commissioner of Social Security | ) | |
| Defendant. | ) | |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE HONORABLE CHARLES A. LEGGE, JUDGE OF THE DISTRICT COURT:

    The parties, by and through their respective counsel, hereby stipulate to reopen the above-captioned matter. A previous Order for Remand, pursuant to sentence six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), was entered on April 21, 1999 for the purpose of locating the administrative claim file and preparing the administrative record for filing with the

---

[1]/ On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Kenneth Apfel as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Defendant's answer.  The agency was not able to find the claim file, thus the case was remanded
2  for reconstruction and a new decision.  On January 23, 2003, after numerous rescheduled
3  hearings, an administrative law judge issued a new decision.  Defendant is now prepared to file
4  an answer.

   The parties stipulate to reopen this matter for resolution before this Court.

7  Dated: April 22, 2011

   */signature/*
   LINDA BURNS
   Plaintiff, Pro Se

10 Dated: April 11, 2011                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney
                                            LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            By: /s/ Donna W. Anderson
                                            DONNA W. ANDERSON
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

### ORDER

The Clerk shall randomly re-assign this action.

   IT IS SO ORDERED.

   Dated this  2  day of  June , 2011

   */signature: Jeffrey S. White/*
   ~~CHARLES A. LEGGE~~
   United States District Court Judge

2