**United States District Court**
For the Northern District of California

*E-Filed 9/30/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LINDA BURNS,                      No. C 98-4410 RS

       Plaintiff,                 **ORDER DISMISSING ACTION**

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

       Defendant.
_____/

    Upon plaintiff's failure to file a motion for summary judgment in compliance with the scheduling order or otherwise to take any action in this matter, defendant moved to dismiss for lack of prosecution. Plaintiff neither filed opposition to the motion nor appeared at the hearing. Good cause appearing, the motion is granted and the action is dismissed. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 9/29/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 98-4410 RS
ORDER